IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 1:23-cv-01774-STV-NRN

**JACOB HIRNING, an individual,**

    PLAINTIFF,

v.

**W44, LLC, a limited liability company**,

    DEFENDANT.

---

### ORDER RE: STIPULATED AGREEMENT FOR RESOLUTION AND DISMISSAL

---

THE COURT, having reviewed the Parties' Stipulated Agreement for Resolution and Dismissal ("Stipulated Agreement"), and being fully advised in the premises, does hereby ADOPT and APPROVE the Stipulated Agreement as an Order of the Court. In so doing, the Court hereby approves the Stipulated Agreement, confirms each of the factual recitals contained therein, and makes the terms of the Stipulated Agreement a binding and enforceable Order of this Court.

Accordingly, this matter is dismissed with prejudice, with each party to bear their own attorney's fees and costs except as provided for in the Stipulated Agreement.

SO ORDERED this _25___ day of June 2024.

_____
District Court Magistrate Judge

1